# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TUCKER, PETRESE B. | PA-EASTERN DISTRICT | 06/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

ROOM 9613 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1751

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | FATHER'S ESTATE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,099.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PENNSYLVANIA BAR ASSOCIATION | JANUARY 27, 2015 TO JANUARY 31, 2015 | MONTEGO BAY, JAMAICA | MID YEAR CONFERENCE & SEMINAR | TRAVEL, HOTEL, MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LAND-HALIFAX COUNTY, VA | | None | L | W | | | | | |
| 2. REAL ESTATE PHILA PA-COTTAGE HOUSE (Y) | | | | | | | | | |
| 3. ROYAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 4. PHILA FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 5. MERRILL LYNCH CASH ACCOUNT | A | Interest | J | T | | | | | |
| 6. ABBOTT LABS | A | Dividend | J | T | | | | | |
| 7. ABBVIE | A | Dividend | J | T | | | | | |
| 8. ACCENTURE | A | Dividend | J | T | | | | | |
| 9. ACE LIMITED | A | Dividend | J | T | | | | | |
| 10. ACTAVIS | A | Dividend | | | Sold | 04/08/15 | J | A | |
| 11. ACTELION LTD | | None | J | T | | | | | |
| 12. ACTUANT | A | Dividend | | | Sold | 09/08/15 | J | | |
| 13. ACTIVISION BLIZZARD | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 14. AUTOMATIC DATA PROCESSING | A | Dividend | J | T | | | | | |
| 15. ADVANCE AUTO PARTS | A | Dividend | | | Buy | 04/08/15 | J | | |
| 16. | | | | | Sold | 11/25/15 | J | A | |
| 17. ADVENT SOFTWARE | A | Dividend | | | Sold | 02/05/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALBEMARLE | A | Dividend | | | Sold (part) | 07/17/15 | J | | |
| 19. | | | | | Sold | 09/15/15 | J | | |
| 20. ALCOA | A | Dividend | | | Sold | 11/11/15 | J | | |
| 21. ALIBABA GROUP | A | Dividend | | | Sold | 06/26/15 | J | | |
| 22. ALLERGAN | | None | J | T | | | | | |
| 23. ALLIANCE DATA SYSTEMS | | None | J | T | | | | | |
| 24. ALTRIA GROUP | A | Dividend | J | T | Buy (add'l) | 07/17/15 | J | | |
| 25. ALPHABET CL C | | None | J | T | | | | | |
| 26. ALPHABET CL A | | None | J | T | | | | | |
| 27. AMAZON | | None | J | T | | | | | |
| 28. AMERICAN EXPRESS | A | Dividend | J | T | Sold (part) | 04/23/15 | J | | |
| 29. | | | | | Sold (part) | 10/22/15 | J | | |
| 30. AMERICAN AXLE & MFG | | None | J | T | | | | | |
| 31. AMTR FINANCIAL SRVS | A | Dividend | J | T | | | | | |
| 32. ANALOG DEVICES | A | Dividend | J | T | | | | | |
| 33. ANHEUSER-BUSCH INBEV | A | Dividend | J | T | | | | | |
| 34. AON | A | Dividend | J | T | Buy (add'l) | 04/20/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. APPLE | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 36. | | | | | Sold (part) | 04/27/15 | J | A | |
| 37. | | | | | Sold (part) | 06/18/15 | J | A | |
| 38. APPLIED MATERIAL | A | Dividend | J | T | | | | | |
| 39. ASML HLDG NV NY | A | Dividend | J | T | | | | | |
| 40. ASSA ABLOY AB | A | Dividend | J | T | | | | | |
| 41. ASTRONICS | | None | J | T | | | | | |
| 42. ARCHER DANIELS | A | Dividend | J | T | | | | | |
| 43. AUTOHOME | | None | J | T | | | | | |
| 44. AUTOZONE | | None | J | T | | | | | |
| 45. BAIDU | | None | J | T | | | | | |
| 46. B B & T | A | Dividend | J | T | Buy (add'l) | 07/23/15 | J | | |
| 47. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 48. B/E AEROSPACE | A | Dividend | J | T | | | | | |
| 49. BALSHEM CORP | A | Dividend | J | T | | | | | |
| 50. BANCO DO BRASIL | | None | | | Sold | 03/18/15 | J | | |
| 51. BANK OF THE OZARKS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BAXTER INTERNTL | | None | | | Sold (part) | 02/24/15 | J | | |
| 53. | | | | | Sold | 02/25/15 | J | A | |
| 54. BCE | A | Dividend | | | Sold (part) | 07/22/15 | J | | |
| 55. | | | | | Sold | 07/23/15 | J | | |
| 56. BIO REFERENCE LABS | A | Dividend | | | Sold | 06/05/15 | J | A | |
| 57. BIOGEN | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 58. BLACKROCK | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 59. BLK ALCTN TRGT SHR SER S | | None | | | Sold | 04/08/15 | J | | |
| 60. BLOCK H & R | A | Dividend | J | T | | | | | |
| 61. BOSTON BEER CO | | None | J | T | | | | | |
| 62. BRISTOL-MYERS SQUIBB | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 63. BRITISH AMN TOBACO | A | Distribution | J | T | | | | | |
| 64. CA INC | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 65. CARNIVAL CORP PAIRED | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 66. | | | | | Sold (part) | 07/17/15 | J | A | |
| 67. CELGENE | | None | | | Sold | 03/31/15 | J | A | |
| 68. CHECK POINT SOFTWARE | | None | J | T | Sold (part) | 07/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CHEVRON | A | Dividend | J | T | Sold (part) | 08/25/15 | J | | |
| 70. CINN FINCL | A | Dividend | J | T | | | | | |
| 71. CISCO SYSTEMS | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 72. | | | | | Sold (part) | 07/17/15 | J | A | |
| 73. CIT GROUP | A | Dividend | | | Sold | 09/08/15 | J | | |
| 74. CITIGROUP | A | Dividend | | | Sold | 10/07/15 | J | A | |
| 75. COCA COLA | A | Dividend | J | T | Sold (part) | 06/25/15 | J | | |
| 76. | | | | | Sold (part) | 07/17/15 | J | A | |
| 77. COLFAX (Y) | | | | | | | | | |
| 78. COLLIERS INTERNTL | A | Dividend | J | T | | | | | |
| 79. COMCAST | A | Dividend | J | T | | | | | |
| 80. COMERICA | A | Dividend | | | Sold | 09/15/15 | J | | |
| 81. COMPASS GROUP | A | Dividend | J | T | Buy | 05/15/15 | J | | |
| 82. COMMUNICATIONS SALES AND LEASING (X) | A | Dividend | J | T | | | | | |
| 83. CONOCOPHILLIPS | A | Dividend | J | T | | | | | |
| 84. CONTINENTAL AG SPNRD | A | Dividend | J | T | | | | | |
| 85. COOPER COS (X) | | None | | | Sold | 10/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CORNING | A | Dividend | | | Sold | 10/22/15 | J | | |
| 87. CORRECTIONS CORP OF AMERICA | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 88. CORVEL CORP | | None | J | T | | | | | |
| 89. COSTCO WHOLESALE | A | Dividend | J | T | | | | | |
| 90. COVIDIEN INTL FIN | | None | | | Sold | 05/29/15 | J | | |
| 91. CREDICORP | A | Dividend | | | Sold | 09/15/15 | J | | |
| 92. CREDIT ACCEPTANCE CORP | | None | J | T | | | | | |
| 93. CROWN HOLDINGS (Y) | | | | | | | | | |
| 94. CREDIT SUISSE GP | A | Dividend | J | T | | | | | |
| 95. CVS HEALTH CORP | A | Dividend | J | T | | | | | |
| 96. CROWN CASTLE REIT | A | Dividend | J | T | Buy (add'l) | 12/08/15 | J | | |
| 97. DAIWA HOUSE IND | A | Dividend | J | T | | | | | |
| 98. DAVIDE CAMPARI MILANO | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 99. DANAHER CORP | A | Dividend | J | T | | | | | |
| 100. DELPHI AUTOMOTIVE | A | Dividend | J | T | | | | | |
| 101. DIAGEO PLC | A | Dividend | | | Sold | 07/09/15 | J | | |
| 102. DOMINION RES | A | Dividend | J | T | Sold (part) | 06/03/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  DISNEY | A | Dividend | J | T | Buy | 06/26/15 | J | | |
| 104.  DORMAN PRODUCTS | | None | J | T | | | | | |
| 105.  DREW INDUSTRIES | | None | J | T | | | | | |
| 106.  DUKE ENERGY | A | Dividend | J | T | | | | | |
| 107.  E M C CORP | A | Dividend | | | Sold | 10/12/15 | J | A | |
| 108.  EAGLE BANCORP | | None | J | T | | | | | |
| 109.  EASTMAN CHEMICAL | A | Dividend | | | Sold | 04/28/15 | J | A | |
| 110.  EATON CORP | A | Dividend | J | T | Sold (part) | 04/28/15 | J | A | |
| 111.  ELI LILLY & CO | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 112. | | | | | Sold (part) | 07/17/15 | J | A | |
| 113.  EMERSON ELECTRIC | A | Dividend | J | T | | | | | |
| 114.  ENCORE CAPITAL GROUP | | None | | | Sold | 05/07/15 | J | | |
| 115.  ENERSYS | A | Dividend | J | T | | | | | |
| 116.  EOG RESOURCES | A | Dividend | J | T | | | | | |
| 117.  ESTERLINE TECHNOLOGIES | A | Dividend | J | T | | | | | |
| 118.  EXPRESS SCRIPTS (Y) | | | | | | | | | |
| 119.  EXXON MOBIL (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FACEBOOK | | None | J | T | | | | | |
| 121. FEDERAL HOME LN MTG CORP | | None | | | Buy | 03/27/15 | J | | |
| 122. | | | | | Sold | 04/08/15 | J | A | |
| 123. FASTENAL CO | A | Dividend | J | T | Buy | 04/29/15 | J | | |
| 124. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 125. FEDERATED INVESTORS | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 126. FEDEX | | None | J | T | Buy | 06/10/15 | J | | |
| 127. FIDELITY NATL INFO SERVICES | A | Dividend | J | T | Buy (add'l) | 11/11/15 | J | | |
| 128. FIRST SERVICE SUB (Y) | | | | | | | | | |
| 129. FLEETCOR TECH | | None | J | T | | | | | |
| 130. FRANKLIN RES | A | Dividend | J | T | | | | | |
| 131. GALLAGHER ARTHUR J & CO | A | Dividend | J | T | | | | | |
| 132. GENERAL ELECTRIC | A | Dividend | J | T | Buy (add'l) | 04/29/15 | J | | |
| 133. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 134. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 135. GENERAL MILLS | A | Dividend | J | T | | | | | |
| 136. GENERAL MOTORS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GENESEE & WYOMING (Y) | | | | | | | | | |
| 138. GENERAL DYNAMICS | A | Dividend | J | T | Buy (add'l) | 07/17/15 | J | | |
| 139. GILEAD SCIENCES | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 140. GENUINE PARTS (Y) | | | | | | | | | |
| 141. GOLDMAN SACHS GRUOP | A | Dividend | J | T | | | | | |
| 142. GP STRATEGIES | | None | J | T | | | | | |
| 143. GOOGLE (Y) | | | | | | | | | |
| 144. HALLIBURTON | A | Dividend | J | T | | | | | |
| 145. HARTFORD FINCL SVCS | A | Dividend | J | T | Sold (part) | 08/17/15 | J | A | |
| 146. HARLEY DAVIDSON | | None | | | Buy | 04/27/15 | J | | |
| 147. | | | | | Sold | 10/20/15 | J | | |
| 148. HASBRO | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 149. | | | | | Sold (part) | 07/17/15 | J | A | |
| 150. HCA HOLDINGS | | None | J | T | | | | | |
| 151. HEALTHCARE REIT (Y) | | | | | | | | | |
| 152. HEICO CORP | A | Dividend | J | T | | | | | |
| 153. HELEN OF TROY LTD | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  HERSHEY | | None | | | Sold | 04/29/15 | J | | |
| 155.  HOME BANCSHARES | A | Dividend | J | T | | | | | |
| 156.  HOME DEPOT | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 157. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 158.  HONEYWELL INTL | A | Dividend | J | T | | | | | |
| 159.  HSN | A | Dividend | J | T | | | | | |
| 160.  IDEXX LAB | | None | J | T | | | | | |
| 161.  ILLINOIS TOOL WORKS | A | Dividend | J | T | | | | | |
| 162.  IMPERIAL TOB GRP (Y) | | | | | | | | | |
| 163.  INTEL CORP | A | Dividend | J | T | Sold (part) | 06/03/15 | J | A | |
| 164. | | | | | Sold (part) | 07/17/15 | J | A | |
| 165.  IBM | A | Dividend | J | T | Sold (part) | 01/07/15 | J | | |
| 166.  INTERCONTINENTAL | A | Dividend | J | T | | | | | |
| 167.  INTL CONSOLIDATED | | None | | | Sold | 02/03/15 | J | A | |
| 168.  INTUIT | A | Dividend | J | T | | | | | |
| 169.  J M SMUCKER | A | Dividend | J | T | | | | | |
| 170.  JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 01/27/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/16/15 | J | A | |
| 172. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 173.  JOHNSON CONTROLS (Y) | | | | | | | | | |
| 174.  JOY GLOBAL (Y) | | | | | | | | | |
| 175.  JPMORGAN CHASE SER MTN | | None | | | Sold (part) | 04/08/15 | J | A | |
| 176. | | | | | Sold | 10/28/15 | J | A | |
| 177.  JP MORGAN CHASE | A | Dividend | J | T | Buy (add'l) | 06/03/15 | J | | |
| 178. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 179. | | | | | Sold (part) | 04/08/15 | J | A | |
| 180. | | | | | Sold (part) | 07/17/15 | J | A | |
| 181. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 182.  KASIKORNBANK (Y) | | | | | | | | | |
| 183.  KDDI CORP | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 184.  KELLOGG | A | Dividend | J | T | | | | | |
| 185.  KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 186.  KINDER MORGAN | A | Dividend | J | T | Sold (part) | 11/17/15 | J | | |
| 187.  KLX | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. KRAFT FOODS | | None | | | Sold (part) | 04/14/15 | J | A | |
| 189. | | | | | Sold | 04/15/15 | J | A | |
| 190. LEGACYTEXAS FINL GRP | A | Dividend | J | T | | | | | |
| 191. LEVEL 3 COMMUNICATIONS | | None | J | T | | | | | |
| 192. LINKEDIN | | None | J | T | Buy | 06/10/15 | J | | |
| 193. LITHIA MOTORS | A | Dividend | J | T | | | | | |
| 194. LLOYDS BANKING GROUP | | None | | | Sold | 02/12/15 | J | | |
| 195. LOCKHEED MARTIN | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 196. LORILLARD | | None | | | Sold (part) | 04/08/15 | J | A | |
| 197. | | | | | Sold | 06/12/15 | J | C | |
| 198. LOWES | A | Dividend | J | T | | | | | |
| 199. LYONDELLBASELL IND | A | Dividend | J | T | | | | | |
| 200. MADISON SQUARE GARDEN | | None | J | T | Sold (part) | 10/01/15 | J | A | |
| 201. MANHATTAN ASSOCS | | None | J | T | | | | | |
| 202. MARSH & MCLENNAN | | None | | | Sold | 12/08/15 | J | A | |
| 203. MASTERCARD | A | Dividend | J | T | | | | | |
| 204. MAXIM INTEGRATED PRODUCTS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  MCDONALDS | | None | | | Sold (part) | 01/28/15 | J | | |
| 206. | | | | | Sold (part) | 01/27/15 | J | | |
| 207. | | | | | Sold | 06/25/15 | J | | |
| 208.  MCGRAW HILL FINCL | A | Dividend | J | T | Buy | 07/10/15 | J | | |
| 209.  MCKESSON | A | Dividend | J | T | | | | | |
| 210.  MEDTRONIC INC | | None | | | Buy | 01/21/15 | J | | |
| 211. | | | | | Sold | 01/27/15 | J | A | |
| 212.  MEDTRONIC PLC | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 213.  MEAD JOHNSON NUTRITION | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 214.  MERCK & CO | A | Dividend | J | T | Buy (add'l) | 04/08/15 | J | | |
| 215.  METLIFE | A | Dividend | J | T | | | | | |
| 216.  MICRON TECH | | None | | | Buy | 03/19/15 | J | | |
| 217. | | | | | Sold | 12/11/15 | J | | |
| 218.  MICROSOFT | A | Dividend | K | T | Sold (part) | 02/05/15 | J | A | |
| 219. | | | | | Sold (part) | 03/13/15 | J | | |
| 220. | | | | | Sold (part) | 07/17/15 | J | A | |
| 221. | | | | | Sold (part) | 07/10/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MITSUBISHI ESTATE | | None | | | Sold | 05/08/15 | J | | |
| 223. MOLSON COOR BREWING | A | Dividend | J | T | | | | | |
| 224. MONROE MUFFLER BRAKE | A | Dividend | J | T | | | | | |
| 225. MONSANTO | A | Dividend | J | T | | | | | |
| 226. MWI VETERINARY SUPPLY | | None | | | Sold | 01/21/15 | J | A | |
| 227. MYLAN N V | | None | | | Buy | 04/01/15 | J | | |
| 228. | | | | | Sold | 08/14/15 | J | | |
| 229. NASDAQ OMX GRP | A | Dividend | J | T | | | | | |
| 230. NATIONAL GENERAL | A | Dividend | J | T | | | | | |
| 231. NEENAH PAPER | A | Dividend | J | T | | | | | |
| 232. NEOGEN | | None | J | T | | | | | |
| 233. NESTLE S A REP RG | A | Dividend | J | T | | | | | |
| 234. NEWMARKET CORP | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 235. NEXTERA ENERGY | A | Dividend | J | T | | | | | |
| 236. NEW FSV CORP | | None | J | T | | | | | |
| 237. NETFLIX COM | A | Dividend | J | T | Buy | 07/21/15 | J | | |
| 238. NOBLE ENERGY (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  NORFOLK SOUTHERN | A | Dividend | J | T | Buy (add'l) | 09/09/15 | J | | |
| 240. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 241.  NORTHROP GRUMMAN | A | Dividend | J | T | | | | | |
| 242.  NOVARTIS | A | Dividend | J | T | Sold (part) | 07/22/15 | J | A | |
| 243.  NOVO NORDISK A S | A | Dividend | J | T | | | | | |
| 244.  NXP SEMICONDUCTORS | | None | J | T | | | | | |
| 245.  OCCIDENTAL PETE | A | Dividend | J | T | | | | | |
| 246.  OIL STS INTL (Y) | | | | | | | | | |
| 247.  ON ASSIGNMENT INC (X) | | None | J | T | | | | | |
| 248.  ONEOK INC | | None | | | Sold | 01/14/15 | J | | |
| 249.  ONEMAIN HOLDINGS | | None | J | T | | | | | |
| 250.  OPEN TEXT CORP | A | Dividend | J | T | | | | | |
| 251.  ORACLE (Y) | | | | | | | | | |
| 252.  OSI SYSTEM | | None | J | T | | | | | |
| 253.  PANALPINA WELTTRANSPORT | | None | | | Sold | 02/04/15 | J | | |
| 254.  PAREXEL INTRNL | | None | J | T | | | | | |
| 255.  PAYCHEX | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 07/17/15 | J | A | |
| 257. PEPSICO | A | Dividend | J | T | Buy (add'l) | 01/27/15 | J | | |
| 258. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 259. PFIZER | A | Dividend | J | T | Buy (add'l) | 01/27/15 | J | | |
| 260. | | | | | Sold (part) | 04/08/15 | J | A | |
| 261. | | | | | Sold (part) | 07/17/15 | J | A | |
| 262. PHILIP MORRIS INTL | A | Dividend | J | T | Sold (part) | 01/07/15 | J | | |
| 263. | | | | | Sold (part) | 04/04/15 | J | | |
| 264. PNC FINCL SERVICES GRP | A | Dividend | J | T | | | | | |
| 265. PPG INDUSTRIES | A | Dividend | J | T | | | | | |
| 266. PNC FINCL SERVICES | A | Dividend | J | T | Buy (add'l) | 01/20/15 | J | | |
| 267. PRICE T ROWE GROUP | A | Dividend | J | T | Buy (add'l) | 04/16/15 | J | | |
| 268. PRA GROUP | | None | J | T | | | | | |
| 269. PRECISION CASTPARTS (Y) | | | | | | | | | |
| 270. PROCTOR & GAMBLE | A | Dividend | J | T | Buy (add'l) | 09/04/15 | J | | |
| 271. | | | | | Sold (part) | 04/28/15 | J | | |
| 272. | | | | | Sold (part) | 04/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 07/21/15 | J | | |
| 274. PROVIDENT FINCL | A | Dividend | J | T | | | | | |
| 275. PRUDENTIAL PLC | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 276. PRUDENTIAL FINCL (Y) | | | | | | | | | |
| 277. PUBLIC STORAGE REIT | A | Dividend | J | T | | | | | |
| 278. QUALCOMM | A | Dividend | J | T | Sold (part) | 12/10/15 | J | | |
| 279. QUINTILES TRANSNATIONAL | | None | J | T | | | | | |
| 280. RALPH LAUREN (Y) | | | | | | | | | |
| 281. RAYTHEON CO | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 282. RED HAT | A | Dividend | | | Sold (part) | 04/08/15 | J | A | |
| 283. | | | | | Sold | 05/29/15 | J | A | |
| 284. RELX NV | A | Dividend | J | T | Buy | 09/29/15 | J | | |
| 285. REYNOLDS AMERICAN | A | Dividend | J | T | Buy (add'l) | 04/27/15 | J | | |
| 286. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 287. | | | | | Sold (part) | 04/08/15 | J | A | |
| 288. | | | | | Sold (part) | 07/17/15 | J | A | |
| 289. RLI CORP ILLINOIS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. ROSS STORES | | None | | | Sold | 01/16/15 | J | A | |
| 291. RYOHIN KEIKAKU CO LTD | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 292. SAMPO PLC | A | Dividend | J | T | Buy (add'l) | 10/19/15 | J | | |
| 293. SANDISK | A | Dividend | J | T | | | | | |
| 294. SANLAM LTD | A | Dividend | J | T | | | | | |
| 295. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 296. SCHWAB CHARLES | A | Dividend | J | T | | | | | |
| 297. SERVICEMASTER GLOBAL HLDGS | | None | | | Sold | 12/17/15 | J | A | |
| 298. SHERWIN WILLIAMS | A | Dividend | J | T | | | | | |
| 299. SHIRE PLC | A | Dividend | J | T | | | | | |
| 300. SPECTRA ENERGY | A | Dividend | J | T | | | | | |
| 301. STARBUCKS | A | Dividend | J | T | | | | | |
| 302. STARWOOD HOTELS & RESORTS | A | Dividend | J | T | | | | | |
| 303. STATE STREET (Y) | | | | | | | | | |
| 304. ST JUDE MEDICAL (Y) | | | | | | | | | |
| 305. SUMITOMO MITSUI-UNSPONS | A | Dividend | | | Sold | 05/18/15 | J | A | |
| 306. SYMRISE AG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. TAIWAN S MANUFACTURING | A | Dividend | J | T | | | | | |
| 308. TARGET CORP | A | Dividend | J | T | Buy (add'l) | 06/25/15 | J | | |
| 309. | | | | | Sold (part) | 09/02/15 | J | A | |
| 310. TELENOR | A | Dividend | J | T | | | | | |
| 311. | A | Dividend | J | T | | | | | |
| 312. TATA MOTORS LTD | | None | | | Buy | 02/05/15 | J | | |
| 313. | | | | | Sold | 12/08/15 | J | | |
| 314. TEVA PHARMACUETICAL | A | Dividend | J | T | Sold (part) | 06/22/15 | J | A | |
| 315. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 316. THE MOSAIC CO | A | Dividend | J | T | | | | | |
| 317. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 318. TIME WARNER | A | Dividend | J | T | | | | | |
| 319. TOPDANMARK | | None | | | Sold | 10/22/15 | J | | |
| 320. TRAVELERS | A | Dividend | J | T | | | | | |
| 321. TREEHOUSE FOODS | A | Dividend | J | T | | | | | |
| 322. TWENTY-FIRST CENTURY FOX | | None | | | Sold (part) | 03/12/15 | J | A | |
| 323. | | | | | Sold | 03/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. TYCO | A | Dividend | J | T | | | | | |
| 325. TYLER TECHS | | None | J | T | | | | | |
| 326. UNILEVER PLC | A | Dividend | J | T | | | | | |
| 327. ULTIMATE SOFTWARE GRP | | None | J | T | | | | | |
| 328. UNION PACIFIC | A | Dividend | J | T | | | | | |
| 329. UNITED PARCEL (Y) | | | | | | | | | |
| 330. UNITED TECHS CORP | A | Dividend | J | T | | | | | |
| 331. UNITEDHEALTH GROUP | A | Dividend | J | T | Sold (part) | 04/23/15 | J | A | |
| 332. US BANCORP | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 333. | | | | | Sold (part) | 10/02/15 | J | | |
| 334. VENTAS INC REIT | A | Dividend | J | T | | | | | |
| 335. VERIZON COMMUNICATIONS | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 336. VERTEX PHARMACUETICALS | | None | J | T | | | | | |
| 337. VIACOM | A | Dividend | | | Sold (part) | 04/08/15 | J | A | |
| 338. | | | | | Sold | 08/14/15 | J | | |
| 339. VIEWPOINT FINCL (Y) | | | | | | | | | |
| 340. VISA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. VMWARE | | None | | | Sold | 03/20/15 | J | | |
| 342. VORNADO REALTY TRUST (Y) | | | | | | | | | |
| 343. VOYA FINCL | | None | | | Buy | 02/06/15 | J | | |
| 344. | | | | | Sold | 12/03/15 | J | | |
| 345. WEC ENERGY GRP | A | Dividend | J | T | | | | | |
| 346. WELLTOWER | A | Dividend | J | T | | | | | |
| 347. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | Sold (part) | 04/08/15 | J | A | |
| 348. | | | | | Sold (part) | 07/17/15 | J | A | |
| 349. WELLS FARGO & CO SER MTN | | None | | | Sold | 04/08/15 | J | A | |
| 350. WESCO AIRCRAFT HOLDINGS | | None | J | T | | | | | |
| 351. WEX | | None | J | T | | | | | |
| 352. WILLIAMS COS | | None | | | Sold | 12/08/15 | J | | |
| 353. WINDSTREAM HOLDINGS | | None | | | Sold | 04/08/15 | J | | |
| 354. WISCONSIN ENERGY (Y) | | | | | | | | | |
| 355. WOLTERS KLUWR NV SPN | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 356. WOLVERINE WORLD WIDE (Y) | | | | | | | | | |
| 357. WORLD ACCEPTANCE CORP | | None | | | Sold | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. WORLD FUEL SERVICES | A | Dividend | J | T | | | | | |
| 359. XEROX CORP | | None | | | Sold | 08/21/15 | J | | |
| 360. YELP | | None | | | Sold | 06/10/15 | J | | |
| 361. ZOETIS | A | Dividend | J | T | | | | | |
| 362. 3M COMPANY | A | Dividend | J | T | | | | | |
| 363. BIF MONEY FUND | A | Interest | K | T | | | | | |
| 364. GUGGENHEIM ENERGY & INCOME FUND | B | Dividend | K | T | Buy | 08/13/15 | L | | |
| 365. WELLS FARGO & CO NON CUM PFD CL A | | None | J | T | | | | | |
| 366. US TREASURY NOTE .25% FEB 29 2016 | A | Interest | J | T | | | | | |
| 367. US TREASURY NOTE .375% MAR 31 2016 | A | Interest | K | T | | | | | |
| 368. US TREASURY NOTE .375% APR 30 2016 | A | Interest | J | T | | | | | |
| 369. US TREASURY NOTE .25% MAY 15 2016 | A | Interest | J | T | | | | | |
| 370. US TREASURY NOTE .625% JUL 15 2016 | A | Interest | J | T | | | | | |
| 371. US TREASURY NOTE .625% FEB 15 2017 | A | Interest | J | T | | | | | |
| 372. US TREASURY NOTE .75% MAR 15 2017 | A | Interest | J | T | | | | | |
| 373. US TREASURY NOTE .5% APR 30 2017 | A | Interest | J | T | Buy | 05/05/15 | J | | |
| 374. US TREASURY NOTE .625% MAY 31 2017 | A | Interest | J | T | Buy | 06/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 06/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. FEDERAL HOME LN MTGE CORP 1% SEP 29 2017 | A | Interest | J | T | Buy | 03/27/15 | J | | |
| 376. US TREASURY NOTE 1.5% FEB 28 2019 | A | Interest | K | T | | | | | |
| 377. US TREASURY NOTE 1.375% AUG 31 2020 | A | Interest | J | T | Buy | 09/08/15 | J | | |
| 378. WELLS FARGO &CO SER MTN 1.4% SEP 8 2017 | A | Interest | J | T | | | | | |
| 379. MORGAN STANLEY GLB 1.875% JAN 5 2018 | A | Interest | J | T | Buy | 10/30/15 | J | | |
| 380. GOLDMAN SACHS GRP SER GLB 2.375% JAN 22 2018 | A | Interest | J | T | Buy | 10/29/15 | J | | |
| 381. JP MORGAN CHASE & CO SER H 1.7% MAR 1 2018 | A | Interest | J | T | Buy | 10/28/15 | J | | |
| 382. BLACKROCK ALLOCATION TARGET | C | Interest | L | T | | | | | |
| 383. US TREASURY NOTE .375% 8/31/15 (Y) | | | | | | | | | |
| 384. US TREASURY NOTE .25% 10/31/15 (Y) | | | | | | | | | |
| 385. COVIDIEN INTL FINANCE BOND (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TUCKER, PETRESE B.** | 06/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, COLUMN A, LINE 2 - THIS COTTAGE HOUSE IS PART OF ███████████████ NO LONGER AVAILABLE FOR RENTAL

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PETRESE B. TUCKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544